AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 8 2007 ★
BROOKLYN OFFICE

MERCADO

V.

ONE BEACON INSURANCE GROUP, ET AL

JUDGMENT IN A CIVIL CASE

Case Number: 04-CV-256 (JG)

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

In light of the jury verdict in favor of the defendants, the Clerk of the Court is respectfully directed to enter the the judgment in favor of the defendants.

7/27/2007

Date

Clerk

(By) Deputy Clerk